IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEWIS RAPERT**                                                              **PLAINTIFF**

**v.**                      **Case No. 4:21-cv-00019-LPR**

**DESIGN GROUP MARKETING, LLC,**
**and MYRON JACKSON**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ADJUDGED this 30th day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE